United States District Court
Southern District of Texas
**ENTERED**
May 22, 2019
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| Nikita Van Goffney, | § § | |
| Plaintiff, | § § | |
| versus | § § | Civil Action H-02-2638 |
| J. Sauceda, et al., | § § | |
| Defendants. | § § § | |

## Order Reinstating Case and Setting Trial

Nikita Van Goffney's case is reinstated.

The court issues the following dates for trial and trial preparation.

1. Pretrial Disclosures Between Parties:                    July 31, 2019

   All remaining disclosures must be exchanged between the parties.

2. Motion Deadline:                                         August 15, 2019

   All pretrial motions must be filed.

3. Joint pretrial order:                                    September 3, 2019

   Goffney is responsible for filing the pretrial order on time.
   Each party must file their exhibit and witness lists.

4. Final Pretrial Conference:                               September 9, 2019, at 10:00 a.m.

   The parties will exchange exhibits before the conference so that objections can be discussed.

5. Jury Trial:                                              September 17, 2019, at 9:00 a.m.

   If the case is not reached then, it will remain on standby until tried.
   Two days are allowed for trial.

The clerk will issue a writ of habeas corpus ad testificandum for this prisoner so that he may appear in court for the pretrial conference and trial:

Nikita Van Goffney, Texas Department of Criminal Justice Number 01582354.

Goffney is allowed all trial exhibits and other materials necessary for the final pretrial conference and trial.

Signed at Houston, Texas, on _____May 22_____, 2019.

_____
Lynn N. Hughes
United States District Judge