IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
November 17, 2022
Nathan Ochsner, Clerk

| | |
|---|---|
| NIKITA VAN GOFFNEY, Plaintiff | § § § |
| v. | §   Civil Action H-02-2638 |
| J. SAUCEDA, *et al.*, Defendants. | § § § |

## Order

The parties have submitted a joint proposed scheduling order requesting a trial date. In addition, plaintiff Nikita Van Goffney requests an order compelling the production of court reporter notes from two state court criminal trials, and requests clarification of the relationship, if any, between the undersigned and a Montgomery County Assistant District Attorney with the same last name.

A pretrial conference will take place on May 9, 2023 at 10:00 a.m.

Trial will commence on May 16, 2022 at 9:00 a.m., and will continue from day to day as necessary.

The defendants will produce the requested court reporter notes, at the plaintiff's expense, if such notes are in the possession, custody, or control of the defendants.

The undersigned Judge states that he is not aware of any relationship between himself and Montgomery County Assistant District Attorney Stewart Hughes.

_____
Lynn N. Hughes
United States District Judge

Houston, Texas
November 17, 2022