United States District Court
Southern District of Texas
**ENTERED**
June 15, 2023
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| **NIKITA VAN GOFFNEY,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **VS.** | § | **Civil Case No. 4:02-CV-02638** |
| | § | |
| **J SAUCEDA et al** | § | |
| | § | |
| **Defendants.** | § | |

## ORDER APPOINTING COUNSEL

This case is ready to proceed to trial.  (See Dkt. No. 367).  The Court finds

exceptional circumstances require the appointment of counsel and that appointing

counsel is necessary for the efficient presentation of the evidence.  Therefore, attorney

Aisha Dennis is appointed as lead counsel for Plaintiff Nikita Van Goffney.  Any member

of her law firm may enter a notice of appearance to assist in the representation.

The Clerk shall mail to Aisha Dennis, Rusty Hardin & Associates, LLP, 1401

McKinney, Suite 2250, Houston, Texas, 77010, a copy of this Order and the Pro Bono

Expense Plan[1] after which Ms. Dennis shall file a notice of appearance.  Appointed

counsel shall be mindful of the limit and is required to obtain advance approval of any

expense exceeding $300 or exceeding the $3,500 limit.

The Clerk of Court shall also send Ms. Dennis:

1.      a copy of the docket sheet;

---

[1]     The Pro Bono Expense Plan is also available on the Court's website at:
https://www.txs.uscourts.gov/sites/txs/files/ProBonoPlan2002.pdf.

2.      a copy of the Amended Complaint (Dkt. No. 54); and

3.      a copy of the Scheduling Order (Dkt. No. 367).

Ms. Dennis is further entitled, upon request, to free copies of all pleadings on file,

and a free copy of the CD of any hearing held in this case.

The Court requests counsel for Defendant to provide counsel for Plaintiff

information on how to make contact with Plaintiff.

It is SO ORDERED.

Signed on June 14, 2023.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**

2