IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| **NIKITA VAN GOFFNEY,** § | |
| § | |
| *Plaintiff,* § | |
| § | |
| v. § | CIVIL ACTION NO. 4:02-CV-02638 |
| § | |
| **J SAUCEDA et al.,** § | |
| § | |
| *Defendants.* § | |

### NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

Please take notice that Terry D. Kernell of the law firm of Rusty Hardin & Associates, LLP hereby enters his appearance as counsel of record for Plaintiff, Nikita Van Goffney. Copies of all notices, pleadings, and other documents relating to this action should be served on Mr. Kernell at the following address:

Terry D. Kernell
RUSTY HARDIN & ASSOCIATES, LLP
5 Houston Center
1401 McKinney Street, Suite 2250
Houston, Texas 77010
Telephone: (713) 652-9000 / Facsimile: (713) 652-9800
tkernell@rustyhardin.com

Respectfully submitted,

**RUSTY HARDIN & ASSOCIATES, LLP**

 */s/ Terry D. Kernell*
Terry D. Kernell
Federal ID No. 15074
State Bar No. 11339020
tkernell@rustyhardin.com
5 Houston Center
1401 McKinney Street, Suite 2250
Houston, Texas 77010
Telephone: (713) 652-9000
Facsimile: (713) 652-9800

*Attorney for Nikita Van Goffney*

OF COUNSEL:

**RUSTY HARDIN & ASSOCIATES, LLP**

Aisha Dennis
State Bar No. 24128655
Federal I.D. No. 3290460
adennis@rustyhardin.com
Terry D. Kernell
State Bar No. 11339020
Federal I.D. No. 15074
tkernell@rustyhardin.com
5 Houston Center
1401 McKinney Street, Suite 2250
Houston, Texas 77010
Telephone: (713) 652-9000
Facsimile: (713) 652-9800

*Attorneys for Plaintiff*

# CERTIFICATE OF SERVICE

     I hereby certify that a true and correct of the above and foregoing filed via the Court's CM/ECF system which caused service upon all parties on June 16, 2023.

William Scott Helfand
bill.helfand@lewisbrisbois.com
Norman Ray Giles
norman.giles@lewisbrisbois.com
Lewis Brisbois Bisgaard Smith LLP
24 Greenway Plaza, Suite 1400
Houston, TX 77046

*Attorneys for Defendants*

                                                   */s/ Terry D. Kernell*
                                                   Terry D. Kernell