IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| NIKITA VAN GOFFNEY, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | C.A. NO. 4:02-CV-02638 |
| | § | |
| J SAUCEDA, et al., | § | |
| | § | |
| *Defendants.* | § | |

## NOTICE OF APPEARANCE OF LEAD COUNSEL

Please take notice that Aisha Dennis of the law firm of Rusty Hardin & Associates, LLP hereby enters her appearance as counsel of record for Plaintiff, Nikita Van Goffney. Copies of all notices, pleadings, and other documents relating to this action should be served on Ms. Dennis at the following address:

Aisha Dennis
RUSTY HARDIN & ASSOCIATES, LLP
1401 McKinney Street, Suite 2250
Houston, Texas  77010
Telephone:  (713) 652-9000 / Facsimile:  (713) 652-9800
adennis@rustyhardin.com

Respectfully submitted,

 */s/ Aisha Dennis*
Aisha Dennis
State Bar No. 24128655
Federal I.D. No. 3290460
adennis@rustyhardin.com
*Attorney-in-Charge*

OF COUNSEL:

RUSTY HARDIN & ASSOCIATES, LLP
Terry D. Kernell
State Bar No. 11339020
Federal I.D. No. 15074
1401 McKinney Street, Suite 2250
Houston, Texas  77010
Telephone:  (713) 652-9000
Facsimile:  (713) 652-9800
Email:  tkernell@rustyhardin.com

*Attorney for Nikita Van Goffney*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was filed via the Court's CM/ECF system which caused service upon all parties on June 20, 2023.

William Scott Helfand
*bill.helfand@lewisbrisbois.com*
Norman Ray Giles
*norman.giles@lewisbrisbois.com*
LEWIS BRISBOIS BISGAARD SMITH LLP
24 Greenway Plaza, Suite 1400
Houston, Texas  77046

Attorneys for Defendants

               */s/ Aisha Dennis*
               Aisha Dennis